FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

15 MAY 11  PM 12: 57

CLERK
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

Ft. MYers ___ Division

## CIVIL RIGHTS COMPLAINT FORM

Mitchell Young Jr - QCS0003mNI -   CASE NUMBER: _____

011003.                                                    (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

2:15-cv-297-FtM-38DNf

v.

Glade County Dentention Center, ET AL.,

DuPuty Rochester

Sergeant Clendening

Sergeant bambart.

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____ /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.     PLACE OF PRESENT CONFINEMENT: Glades County Dentention Center
       1297 East St Road 78    (Indicate the name and location)
                               Moore Heaven FL 33471

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
       required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
       or detention center.  42 U.S.C. § 1997e(a).  Plaintiff is warned that any claims for which the
       administrative grievance process was not completed prior to filing this lawsuit may be subject
       to dismissal.

III.   PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   ) No (X)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   )   No (X)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1.   Parties to previous lawsuit:

       Plaintiff(s): _____

       _____

       Defendant(s): _____

       _____

    2.   Court (if federal court, name the district; if state court, name the county):

       _____

    3.   Docket Number: _____

    4.   Name of judge: _____

    5.   Briefly describe the facts and basis of the lawsuit: _____

       _____

       _____

    6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

       _____

       _____

    7.   Approximate filing date: _____

    8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)

identify these suits below by providing the case number, the style, and the disposition of each case: _Mitchell Young VS highlands County & SHERiFF_
_Et. All dont no Case #_

_____

_____

IV.   **PARTIES**:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _Mitchell Young Jr_

Mailing address: _Po. box 39 Moore Heaven FL 33471_

_____

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _Deputy Rochester_

Mailing Address: _Po box 39 Moore Heaven FL 33471_

_____

Position: _Deputy_

Employed at: _Glades County Dentantion center_

D.   Defendant: _Sergeant Clenaening_

Mailing Address: _Po. box 39 Moore Heaven FL 33471_

_____

Position: _Sergeant_

Employed at: _Glades County Detention Center_

E.   Defendant: _Sergeant barnhart_

Mailing Address: _Po. Box 39 moore haven FL 33471_

Position: _Sergeant_

Employed at: _Glades County Detention Center_

F.   Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G.   Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V.   __STATEMENT OF CLAIM__: State what rights under the Constitution, laws, or treaties of the United
     States have been violated, and be specific.  If you intend to allege a number of related claims, set forth
     each claim in a separate paragraph.  **Any claim that is not related to the same basic incident or
     issue must be addressed in a separate Civil Rights Form.**

the right to call medical emergency, or OSCIC emergency
I was Denied All Inmate right to See medical staff
I was Harassed and Racial Profiling and the officer
Or Sergent didn't follow there training or protect
As they were train to do. On was told by a
Sergent that I was being pick on and he trying to
make me blow so to speak.

VI.  __STATEMENT OF FACTS__: State as briefly as possible the FACTS of your case.  Describe how each
     defendant was involved. __Do not make any legal arguments or cite any cases or statutes.__ State with
     as much specificity as possible the facts in the following manner:

     1.   Name and position of person(s) involved.
     2.   Date(s).
     3.   Place(s).
     4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
     5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the
          defendant[s]).

Glades County Dentention Center all three Defendant First
Deputy Rochester on 4/21/15 at 9 or 10 pm. did
Not Follow her training when I told her to stop
Harassing me no to let me talk to the LT, McQueId
She took it Apon her self to make me go to a bunk
That I was not Suspose to be in. I call medical
Emergency and psyc Emergency but was denied
the Chance to see about my health. an Foot INJURY,
Sergeant Clendening was at Fault when he too

Say the least in it an Sift did not follow protical
as of backing up Mrs. Rochester in her harassing
Nature, he too Said the he would kick my ass and
do me like he did me last time. I then went to
Sargent Blackheart who was also on Shift on 4/11/15
Between C and Echo Master Count, who I too told
I have a medical emergency he wave me off and
I Said my Emergency I would Kill my self, but
was told to go kill myself. and go back to bunk #18.
And inmate came to me said they can do final
Call your family, so I did, and was told my
Girlfriend Jurgan cason, That my Lieutenant
McQuaid would be to talk to to me, but she was hung up
on, so I had her to call back, tell her I would
Kill myself. That when I was told to get on the phone and
Cuff up, didn't no OFC want to give me no kind of
Emergency until That outside call came in to lieu-
tenant McQuaid, I was took to medical blood preasure was
to high and for my foot I Recieved a Low Level and bottem
bunk pass I could of had a stroke or Injuried my
Foot more the OFC harass me Call me all kind of Names ☞

**VII.    RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any
legal arguments or cite any cases or statutes.

For Denying my Civil and Inmate right I ASK = 50,000.00

VI. → Like Fuck boy, Fuck Nigga, mi's Rochester said "I
Think we should beat his Ass and take him out of
his Cuff's." I told them that would be his Last
time threating me. he ask did I member Last time
When they all most broke my Neck and Choke
me and had me Crying Like a Little bitch. these are
the ofc. Who we have Looking over our Love one.
We are realy in trable I AsK something be done.
About

Evedence.
① I have passes, ② Check blood preasure. check records.
③ Kaitlyn osceola., And phone records.→
    going out and kaitlyn call comeing in to LT MC.Quaid
    I Also had Inmate Sign a Written statement of
    hereing me call the Emergancy a Speak on taking my own life
    before Caiing Kaitlyn osceola my girlfriend.

Thank you   Michell young
    MNI# 6es0dsawz01000.

For Pain and Suffering I ask = 50,000.00
For Harrasment and Racial Problem 50,000.00
and For Not Following Protocol and InDangering my
And others Inmates health And Life I'm Asking For
A Sum of $100,000.00
I'm asking monetary Damages of 250,000.00
As a total for these officer behavior and not
acting Professional an not Following there training
and Protocol — a.B.O   Thank you.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _5_ day of _May_____, 20_15_.

_____

_____
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _8_ day of _MAY_____, 20_15_.